**No. 51275.**—Protests 28804–K, etc., of M. A. Hoenecke et al. (Minneapolis, etc.)

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51276.**—Protests 122795–K, etc., of S. S. Kresge Co. et al. (Baltimore, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, AUGUST 30, 1946

**No. 51277.**—Protest 112193–K of Lador, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of music boxes the same in all material respects as those passed upon in *Thorens Co.* v. *United States* (15 Cust. Ct. 165, C. D. 965). In accordance therewith the claim of the plaintiff was sustained.

**No. 51278.**—Protest 119139–K/12746 of Geo. Wm. Rueff, Inc. (New Orleans).

Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as the beef-liver extract passed upon in *United States* v. *Judson Sheldon Corp.* (33 C. C. P. A. 73, C. A. D. 318). In accordance therewith the claim for free entry under paragraph 1669 was sustained.